# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-cr-30184-DWD-1 |
| ) | |
| GREGORY PAGE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**DUGAN, District Judge:**

Now before the Court is the Motion to Withdraw filed by Assistant Federal Public Defender Todd M. Schultz (Doc. 97). Attorney Schultz represents that he and the Federal Public Defender's office have developed a conflict of interest that cannot be waived. For good cause shown, the Court hereby **GRANTS** the Motion to Withdraw.

The Court further **APPOINTS** CJA Panel Attorney Tory D. Bernsen of Muhlenkamp & Bernsen LLC, 103 W. Lockwood Avenue, Suite 206, Webster Groves, Missouri 63119 to represent Defendant Gregory Page as substitute counsel in this matter. Upon entry of appearance by Attorney Bernsen, Attorney Schultz and the Federal Public Defender's Office for the Southern District of Illinois are **DISCHARGED** as counsel for Defendant.

**SO ORDERED.**

Dated: April 12, 2023.

/s/ David W. Dugan
DAVID W. DUGAN
United States District Judge

1